1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RON HILLMAN, individually,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES A. ALTIER, individually,<br>and DOES 1 through X,<br><br>        Defendants.<br><br>JAMES A. ALTIER, an individual,<br><br>        Counter-claimant,<br><br>v.<br><br>RON HILLMAN, an individual;<br>DOES 1 through V; ROE<br>CORPORATIONS 1 through V,<br><br>        Counter-defendant | Case No.: 2:07-CV-00259-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendant/Counter-claimant James A. Altier's Motion for Partial Summary Judgment (Doc. #30) filed December 24, 2007. Not withstanding the passage of three months, Plaintiff/Counter-defendant Ron Hillman has failed to file an opposition to Altier's motion for partial summary judgment.

///

1       Therefore, Pursuant to the Local Rules of Practice of the Court, Plaintiff/Counter-defendant Ron Hillman consents to the granting of Defendant/Counter-claimant Altier's motion.

      Moreover, having read and considered Altier's motion for partial summary judgment (Doc. #30) the Court finds it should be granted on its merits.

      **IT IS THEREFORE ORDERED** that Defendant/Counter-claimant James A. Altier's Motion for Partial Summary Judgment (Doc. #30) is hereby GRANTED and that judgment is hereby entered in favor of Defendant/Counter-claimant James A. Altier and against Plaintiff/Counter-defendant Ron Hillman with respect to all claims set forth by Plaintiff in Plaintiff's Complaint.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith enter judgment in favor of Defendant/Counter-claimant James A. Altier and against Plaintiff/Counter-defendant Ron Hillman.

      **IT IS FURTHER ORDERED** that Defendant/Counter-claimant James A. Altier shall have thirty days from the date of this Order within which to state in writing whether he intends proceed with his counter-claim against counter-defendants.

      **IT IS FURTHER ORDERED** that Plaintiff/Counter-defendant Ron Hillman's Motion to Extend Time (Doc. #34) is DENIED.

DATED: March 21, 2008.

                                                PHILIP M. PRO
                                                United States District Judge