AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Ron Hillman,

    Plaintiff,

V.

James A. Altier, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-0259-PMP-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment in favor of Defendant/Counter-claimant James A. Altier and against Plaintiff/Counter-defendant Ron Hillman.

March 24, 2008
Date

/s/ Lance S. Wilson
Clerk

/s/ Andrew Mennear
(By) Deputy Clerk